BERTHA A. M. KERN, respondent,

*v.*

AGNES G. FORCE et al., appellants.

[Decided February 1st, 1926.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Church, whose opinion is reported in *3 N. J. Adv. R. 1090.*

*Mr. Edward R. McGlynn,* for the respondent.

*Mr. Thomas Brunetto,* for the appellants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Church.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, WHITE, GARDNER, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, JJ. 15.

*For reversal*—None.